# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| CARL R. BROWN, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:18 CV 111 RWS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's motion for reconsideration of the dismissal of his application for "Extraordinary Writ – Pursuant to Rule 21(a) Due Process Violation." The Court denied and dismissed movant's request for writ as a successive motion to vacate his sentence on February 1, 2018.

After reviewing the grounds raised by movant, the Court will decline to reconsider the judgment of this Court. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments that movant raised on multiple occasions. Movant is therefore not entitled to reconsideration of the dismissal of his motion to vacate, and his motion for reconsideration of the dismissal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration of the dismissal of his application for "Extraordinary Writ – Pursuant to Rule 21(a) Due Process Violation" [Doc. #4] is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2018.